| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7147141 | DATE 10/05/2022 |
|---|---|---|---|---|
| **NAME** MARTIN, Jasmane | | **OFFICER** Lamara H. Werts | **JUDGE** Sean F. Cox | **DOCKET #** 21-CR-20734-01 |

| ORIGINAL SENTENCE DATE 11/09/2021 | SUPERVISION TYPE Probation | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 8 | PHOTO |
|---|---|---|---|---|
| COMMENCED 11/09/2021 | | | | |
| EXPIRATION 11/08/2024 | | | | |
| **ASST. U.S. ATTORNEY** Myra Din | **DEFENSE ATTORNEY** Casey Swanson | | | |

**REPORT PURPOSE**

**AMENDED VIOALTIONS TO THE PETITION SIGEND ON JUNE 22, 2022**
**(Please note the new information is underlined)**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 2312, Interstate Transportation of a Stolen Motor Vehicle

**SENTENCE DISPOSITION**

Probation for a term of three years.

Name of Sentencing Judicial Officer: Honorable Nora Barry Fischer, Western District of Pennsylvania. Jurisdiction accepted by the Honorable Sean F. Cox on December 13, 2021.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall not illegally possess a controlled substance.
2. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
3. The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, said program to be approved by the probation officer, until such time as the defendant is released from the program by the Court. Based on ability to pay, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
4. It is further ordered that the defendant shall not intentionally purchase, possess and/or use any substance(s) designed to simulate or alter in any way the defendant's own urine specimen. In addition, the defendant shall not purchase, possess and/or use any device(s) designed to be used for the submission of a third-party urine specimen.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7147141 | DATE 10/05/2022 |
|---|---|---|---|---|
| **NAME** MARTIN, Jasmane | **OFFICER** Lamara H. Werts | **JUDGE** Sean F. Cox | | **DOCKET #** 21-CR-20734-01 |

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to 28 C.F.R. § 28.12, the DNA Fingerprint Act of 2005, and the Adam Walsh Child Protection and Safety Act of 2006.
6. The defendant shall address and then report the status of the matter of the outstanding warrant at Docket No. 19CR1499301 in Cook County Circuit Court to Probation by January 10, 2022. Failure to comply with this condition could result in the revocation of probation.

Criminal Monetary Penalty: Special Assessment $100.00 (balance $100.00).

The probation officer believes that the offender has violated the following conditions of Probation:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition No. 8:** "YOU MUST PAY THE ASSESSMENT IMPOSED IN ACCORDANCE WITH 18 U.S.C. § 3013." <br><br> On December 20, 2021, MARTIN was instructed to pay her special assessment. On June 14, 2022, the Probation Department made contact with the Western District of Pennsylvania Probation Department. According to OPERA no payment has been made and she owes a balance of $100.00. |
| 2 | **Violation of Standard Condition No. 2:** "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATION OFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBATION OFFICER AS INSTRUCTED." <br><br> On December 6, 2021, MARTIN was instructed to report online, monthly during the first week of the month. She has not reported online since March 1, 2022. <br><br> On May 4, 5, 10 and 11, 2022 the Probation Department attempted to contacted MARTIN via text and phone call. No response was received. <br><br> On May 13, 2022, the Probation Department conducted a field stop at MARTIN's listed residence 14223 Strathmoor Street, Detroit. No contact was made at the residence. Writer left a business card at the front door and wrote on the back - contact immediately. <br><br> On May 16, 2022, this writer's supervisor emailed MARTIN instructing her to contact writer immediately. <br><br> On May 16, 2022, this writer mailed a letter to MARTIN's listed residence instructing her to report on June 1, 2022 at 9:00 a.m. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7147141 | DATE 10/05/2022 |
|---|---|---|---|---|
| NAME MARTIN, Jasmane | | OFFICER Lamara H. Werts | JUDGE Sean F. Cox | DOCKET # 21-CR-20734-01 |

On June 1, 2022, MARTIN failed to report as instructed. No communication has been received from her and her whereabouts are unknown. She is considered an absconder

3   **Violation of Standard Condition No. 7**: "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

Since the onset of Probation, MARTIN has failed to gain lawful full-time employment. On December 6, 2021; December 14, 2021; January 19, 2022; March 2, 2022 and March 22, 2022 MARTIN was instructed to gain employment.

4   **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

Since the onset of Probation, MARTIN has not followed the instruction of the Probation Officer. She has failed to communicate with this writer, failed to report as instructed, failed to gain lawful employment and failed to provide her updated telephone number.

5   **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF PLACEMENT ON PROBATION AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

On October 3, 2022, MARTIN provided a urine sample that yielded positive for marijuana.

6   **Violation of Standard Condition No. 3:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."

On September 13, 2022, MARTIN was taken into custody by the St. Johns County Sheriff's Office (St. Augustine, Florida). She was the victim of a domestic battery, and after her information was ran she was taken into custody on the warrant out of the Eastern District of Michigan.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 7147141 | DATE <br> 10/05/2022 |
|---|---|---|---|---|
| NAME <br> MARTIN, Jasmane | | OFFICER <br> Lamara H. Werts | JUDGE <br> Sean F. Cox | DOCKET # <br> 21-CR-20734-01 |

| 7 | **BOND VIOLATION No. 3:** "THE DEFENDANT SHALL APPEAR AT ALL PROCEEDINGS AS REQUIRED AND SHALL SURRENDER FOR SERVICE OF ANY SENTENCE IMPOSED AS DIRECTED.  THE DEFENDANT SHALL REPORT TO THE UNITED STATES PROBATION OFFICE IN THE EASTERN DISTRICT OF MICHIGAN ON SEPTEMBER 29, 2022, AT 10:00 A.M." <br><br> On September 16, 2022, MARTIN appeared for a detention hearing in the Middle District of Florida, Jacksonville Division and was released on bond. She was instructed to report to the Eastern District of Michigan (EDMI) Probation Office on September 29, 2022, at 10am. <br><br> On September 29, 2022, MARTIN failed to report to the EDMI Probation Office as instructed. <br><br> On October 3, 2022, at 11:12am, MARTIN reported to the EDMI Probation Office. |
|---|---|

| , I declare under penalty of perjury that the foregoing is true and correct. <br> **PROBATION OFFICER** <br> s/Lamara H. Werts/djl/tmg <br> 313-234-5447 | **DISTRIBUTION** <br><br> Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** <br> s/Christina R. Wilkerson <br> 313-234-5460 | **PROBATION ROUTING** <br><br> Data Entry |

**THE COURT ORDERS:**

[ X ]   Above changes are an amendment to the warrant signed on June 22, 2022.

[  ]    Other

s/Sean F. Cox <br>
Chief United States District Judge

10/14/2022 <br>
Date
