UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Criminal Case No. 21-20734

JASMANE MARTIN,                    Sean F. Cox
                                                        United States District Court Judge

    Defendant.

_____/

## ORDER RE PROBATION VIOLATION HEARING

**IT IS ORDERED** that the Court shall hold a probation violation hearing on **November 16, 2022, beginning at 10:00 a.m.**

**IT IS FURTHER ORDERED** that, no later than **November 9, 2022,** each party shall submit an exhibit list, and witness list to the Court that identifies each witness that party may call at the hearing, with a brief summary of their anticipated testimony. The witness list should be emailed to my case manager at Jennifer_McCoy@mied.uscourts.gov.

    **IT IS SO ORDERED**.

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: October 19, 2022