UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Criminal Case No. 21-20734

JASMANE MARTIN,             Sean F. Cox
                                             United States District Court Judge

    Defendant.
_____/

## ORDER REVOKING BOND

For the reasons stated on the record this date, IT IS ORDERED that Defendant Jasmane Martin's Bond is REVOKED and the Court ORDERS her to be remanded to the custody of the United States Marshal Service.

    IT IS SO ORDERED.

                                             s/Sean F. Cox
                                             Sean F. Cox
                                             United States District Judge

Dated:  October 19, 2022